## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LAURA ELIZABETH MULLEN RUSSELL,**
    **Plaintiff,**

vs.                                                        5:21-CV-320 (MAD)

**COMMISSIONER OF SOCIAL SECURITY,**
        **Defendant.**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision denying Plaintiff benefits is **AFFIRMED**; and the Court further **ORDERS** that Plaintiff's complaint is **DISMISSED**; and the Court further **ORDERS** that the Clerk of Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 12th day of September, 2022.

DATED: September 12, 2022

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk